**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL MOICZEK,
an individual,

        Plaintiff,

v.                               Case No.: 8:15-cv-485-MSS-TBM

FITNESS INERNATIONAL, LLC,
d/b/a LA FITNESS,
a foreign limited liability company,

        Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, MICHAEL MOICZEK ("Plaintiff"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with FITNESS INERNATIONAL, LLC, d/b/a LA FITNESS ("Defendant"), Plaintiff states as follows:

1.     A confidential settlement has been reached between Plaintiff and Defendant in the above-styled case.

2.     Plaintiff's claims are being dismissed with prejudice.

3.     The Parties shall bear their own attorney's fees and costs.

4.     To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel, and Defendant's counsel has no objection to the relief sought.

Submitted this 15th day of June 2015.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 93088**
**G. Tyler Bannon, Esq., FBN 105718**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:  (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
tbannon@leavenlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 15th day of June 2015 to:

Henry Pietrkowski, Esq.
Reed Smith, LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
HPietrkowski@ReedSmith.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney
