**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAEL MOICZEK, an individual,

    Plaintiff,

v.                                        Case No: 8:15-cv-485-T-35TBM

FITNESS INTERNATIONAL, LLC, a
foreign limited liability company,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Plaintiff's Notice of Settlement and Stipulation of Dismissal with Prejudice, (Dkt. 8) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 19th day of June, 2015.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party